IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-CR-0104-JAM-CMK |
| Respondent, | |
| vs. | <u>ORDER</u> |
| MARK STEVEN ERCKERT, | |
| Movant. | |
| _____/ | |

      Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.

      Movant filed his § 2255 motion on September 21, 2009. Respondent filed its opposition on January 15, 2010. On October 11, 2011, the court denied movant's motion for appointment of counsel and movant filed an interlocutory appeal. That appeal was dismissed by the Ninth Circuit Court of Appeals on February 21, 2012, for lack of appellate jurisdiction and the mandate issued on April 10, 2012.

///

///

///

1

Jurisdiction having now been returned to this court, the court hereby sets a due date for movant's optional reply brief.  Movant may file an optional reply brief within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: October 9, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE